# UNITED STATES COURT OF APPEALS
## FOR THE TENTH CIRCUIT

## ENTRY OF APPEARANCE AND CERTIFICATE OF INTERESTED PARTIES

Valerie Eakins,

v.                                                     Case No. 24-6048

Whaleco Inc. dba Temu

## ENTRY OF APPEARANCE (10th Cir. R. 46.1(A))

In accordance with Tenth Circuit Rule 46.1, the undersigned attorney(s) hereby appear(s) as counsel for:

_____Whaleco Inc. dba Temu _____

[Party or Parties][1]

_____

_____Appellant_____, in the above-captioned case(s).

[Appellant/Petitioner or Appellee/Respondent]

| | |
|---|---|
| Benjamin G. Shatz_____ | _____ |
| Name of Counsel | Name of Counsel |
| | |
| _s/Benjamin G. Shatz_____ | _____ |
| Signature of Counsel | Signature of Counsel |
| | |
| Manatt, Phelps & Phillips, LLP | |
| 2049 Century Park East, Suite 1700 | |
| Los Angeles, CA 90067, (310) 312-4383_____ | _____ |
| Mailing Address and Telephone Number | Mailing Address and Telephone Number |
| | |
| bshatz@manatt.com_____ | _____ |
| E-Mail Address | E-Mail Address |

---

[1] Counsel must list each party represented. Do not use "et al." or generic terms such as "Plaintiffs." Attach additional pages if necessary.

## CERTIFICATE OF INTERESTED PARTIES (10th Cir. R. 46.1(D))

Pursuant to Tenth Circuit Rule 46.1(D), the undersigned certifies[2] as follows:

X      The following (attach additional pages if necessary) individuals and/or entities are not direct parties in this appeal but do have an interest in or relationship to the litigation and/or the outcome of the litigation. *See* 10th Cir. R. 46.1(D). In addition, attorneys not entering an appearance in this court, but who have appeared for a party in prior trial or administrative proceedings, are noted below.

PDD Holdings, Inc. (parent company for Defendant/Appellant Whaleco Inc.)

Counsel for Defendant/Appellant:

SMITH GAMBRELL & RUSSELL LLP, Robert A. Stines
201 N. Franklin Street, Suite 3550, Tampa, Florida 33602
T: 813-488-2920; Email: rstines@sgrlaw.com

MANATT, PHELPS & PHILLIPS LLP, John W. McGuinness, A. Paul Heeringa
151 N. Franklin Street, Ste. 2600, Chicago, Illinois 60606
T: 312-529-6300; Email: jmcguinness@manatt.com; pheeringa@manatt.com

Counsel for Plaintiff/Appellee:

McAFEE TAFT, Kathy R. Neal, Mary Quinn Cooper
2 W. Second St., Williams Tower II, Ste. 100, Tulsa, Oklahoma 74103
T: 918-587-0000 ; Email: Kathy.neal@mcafeetaft.com; maryquinn.cooper@mcafeetaft.com

☐      There are no such parties/attorneys, or any such parties/attorneys have already been disclosed to the court.

March 28, 2024
Date

s/Benjamin G. Shatz
Signature

---

[2] Pursuant to Tenth Circuit Rule 46.1(D)(6), this certificate must be promptly updated if the required information changes.

## CERTIFICATE OF SERVICE

I hereby certify that:

      X     All other parties to this litigation are either: (1) represented by attorneys; or
(2) have consented to electronic service in this case; or

On _____ I sent a copy of this Entry of Appearance
Form to:
         [date]

_____

at_____,

the last known address/email address, by _____.
                       [state method of service]

March 28, 2024
Date

*s/Benjamin G. Shatz*
Signature