# IN THE UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT

Valerie Eakins,
*Plaintiff-Appellee,*

v.

Whaleco Inc. d/b/a Temu,
*Defendant-Appellant.*

On appeal from an Order Denying Arbitration
U.S. District Court, W.D. Oklahoma No. 5:23-cv-00560-J
The Honorable Bernard M. Jones

**NOTICE OF IMMINENT RESOLUTINON AND ANTICIPATED
PRE-ARGUMENT DISMISSAL OF APPEALS**

Benjamin G. Shatz (BShatz@Manatt.com)
MANATT, PHELPS & PHILLIPS, LLP
2049 Century Park East, Suite 1700
Los Angeles, CA 90067-3119
(310) 312-4000 ♦ Fax (310) 312-4224

*Attorney for Appellant*
Whaleco Inc. d/b/a Temu

1

## NOTICE OF IMMINENT RESOLUTINON AND ANTICIPATED PRE-ARGUMENT DISMISSAL OF APPEALS

Having engaged a retired federal judge at JAMS for mediation, the parties to *Eakins v. Whaleco* and *Smith v. Whaleco* have now resolved their entire disputes in principle and are in the process of documenting their agreement. Accordingly, since the parties anticipate filing a request for dismissal of the appeals shortly, they request that this Court remove the appeals from the oral argument calendar of May 15, 2025.

| | |
|---|---|
| April 28, 2025 | Respectfully submitted,<br>MANATT, PHELPS & PHILLIPS, LLP<br>By: *s/Benjamin G. Shatz*<br>   *Attorney for Appellant*<br>   Whaleco Inc. d/b/a Temu |
| April 28, 2025 | Respectfully submitted,<br>HEDIN LAW FIRM<br>By: *s/Frank Hedin*<br>   *Attorney for Respondent*<br>   Valerie Eakins<br><br>   1395 Brickell Avenue, Suite 610<br>   Miami, FL 33131<br>   (305) 357-2107<br>   fhedin@hedinllp.com |